# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** 9/22/14   **DAY:** 2   **CASE NO.** 12-120-SCW

**PRESIDING: STEPHEN C. WILLIAMS**

**NANCY L. LIENING,**

)   REPORTER: Molly Clayton
)
)   COURTROOM DEPUTY: Angie Vehlewald
)
)   CONVENED: 9:00 a.m.
**vs.**   )   ADJOURNED: 3:30 p.m.
)
)
**DR. WAGIH A. SATAR,**   )   RECESS: 12:30-1:30 pm
)
)

**Counsel for Plaintiff(s):** John J. Hopkins

**Counsel for Defendant(s):** Charles Schmidt and Megan Leigh Orso

**PLAINTIFF(s) WITNESSES:**

(1) **Dr. Michael Rosenberg**   time **9:00 - 11:10 am**

(2) **Dr. Wagih A. Satar**   time **11:20-12:35 pm**

(3) **Richard Scott Wooley**   time **1:45- 2:35 pm**

(4) **Nancy L. Liening**   time **2:35 - 3:00 pm**

**Plaintiff(s) rest:** 3:00 pm

**Defendant's Motion for directed verdict at the close of Plaintiff's case is DENIED.**

**OTHER:**   Case shall resume 9/24/14 at 9:00 a./m.