IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NANCY J. LIENING, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 12-120-SCW |
| DR. WAGIH A. SATAR, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This matter came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **DR. WAGIH A. SATAR** and against plaintiff **NANCY J. LIENING** in accordance with Jury Verdict Form B (Doc. 50).

**DATED**: September 24, 2014

JUSTINE FLANAGAN, Acting Clerk

BY: s//Angela Vehlewald
     Deputy Clerk

Approved by   s//Stephen C. Williams
     United States Magistrate Judge
     Stephen C. Williams